UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-MC-23408-WPD

In re Application of:

MARIA CRISTINA ABUD VALECH,

Magistrate Judge Becerra

    Applicant.
_____/

### ORDER APPROVING REPORT OF MAGISTRATE JUDGE; OVERRULING OBJECTIONS; DENYING APPLICATION FOR DISCOVERY PURSUANT TO 28 U.S.C. § 1782

THIS CAUSE is before the Court upon the Report and Recommendation on Application for Discovery Pursuant to 28 U.S.C. § 1782, entered by Magistrate Judge Jacqueline Becerra (the "Report") [DE 22], issued on December 31, 2020. The Court has conducted a *de novo* review of the Report [DE 22] and has carefully considered Applicant Maria Cristina Abud Valech ("Applicant")'s Amended Objections *In Toto* [DE 26] and Certain Discovery Targets' Response to Applicant's Amended Objections [DE 29]. The Court is otherwise fully advised in the premises.

### I.    STANDARD OF REVIEW

A party seeking to challenge the findings in a report and recommendation of a United States Magistrate Judge must file "written objections which shall specifically identify the portions of the proposed findings and recommendation to which objection is made and the specific basis for objection." *Macort v. Prem, Inc.*, 208 F. App'x 781, 783 (11th Cir. 2006) (quoting *Heath v. Jones*, 863 F.2d 815, 822 (11th Cir. 1989)). "It is critical that the objection be sufficiently specific and not a general objection to the report." *Macort*, 208 F. App'x at 784 (citing *Goney v. Clark*, 749 F.2d 5, 7 (3d Cir. 1984)). If a party makes a timely and specific

objection to a finding in the report and recommendation, the district court must conduct a *de novo* review of the portions of the report to which objection is made. *Macort*, 208 F. App'x at 783-84; *see also* 28 U.S.C. § 636(b)(1). The district court may accept, reject, or modify in whole or in part, the findings or recommendations made by the Magistrate Judge. *Macort*, 208 F. App'x at 784; 28 U.S.C. § 636(b)(1). Accordingly, the Court has undertaken a *de novo* review of the record and the Applicant's objections.

## II.     DISCUSSION

Applicant filed an Application for Discovery Pursuant to 28 U.S.C. § 1782 (the "Application" in the Southern District of Florida on August 17, 2020. *See* [DE 1].  Therein, Applicant sought discovery from over thirty individuals and entities relating to the assets of her deceased husband, Jose Alfredo Anton Diaz ("Anton Diaz")'s estate.  Applicant intends to use the documents sought through the Application before Ecuadorian Courts to establish the extent of Anton Diaz's estate and assert her claim to the spousal share of the estate.  On September 25, 2020, Certain Discovery Targets (Jeffrey Himmel, Patricia Anton Bucaram (Himmel), Maria Elena Anton Bucaram, Jose Anton Bucaram, and Janet Anton Bucaram) filed a Motion to Deny Section 1782 Application, arguing that the Court should deny the Application. *See* [DE 11].

Following full briefing, the Magistrate Judge issued her Report, recommending that the Court deny the Application [DE 1] and grant the Motion [DE 11]. *See* [DE 22].  The Court finds the Report to be very thorough and well-reasoned.  Upon review of the record, the Court adopts the reasoning, conclusions, and recommendations of the Magistrate Judge and overrules the Objections of the Applicant.  The Court agrees with the Magistrate Judge that the Application does not meet the third prong of the statutory requirements of 28 U.S.C. § 1782(a) and appears to be a fishing expedition based on speculation. The Court also agrees with the Magistrate Judge's

analysis that the Application fails to satisfy the discretionary factors set forth in *Intel Corp. v. Advanced Micro Devices, Inc.*, 542 U.S. 241, 247 (2004). The Court will deny the Application [DE 1] and grant the Motion [DE 11].

### III.    CONCLUSION

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Report [DE 22] is hereby **APPROVED**;

2. Applicant's Amended Objections [DE 26] are hereby **OVERRULED**;

3. The Application [DE 1] is hereby **DENIED**;

4. The Motion [DE 11] is hereby **GRANTED**;

5. The Clerk shall **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of March, 2021.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Magistrate Judge Becerra
Counsel of record